Barney Nelson and Axel LeMoon, copartners, trading as Nelson & LeMoon, Defendants in Error, v. A. F. McKeown, Plaintiff in Error.

Gen. No. 21,600.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. JOSEPH P. RAFFERTY, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1915. Affirmed. Opinion filed January 17, 1917.

## Statement of the Case.

Action by Barney Nelson and Axel LeMoon, copartners, trading as Nelson & LeMoon, plaintiffs, against A. F. McKeown, defendant, to recover for repairs and storage of defendant's automobile and supplies furnished. From a judgment for plaintiffs for $134.68, defendant brings error.

EDWARD A. MECHLING, for plaintiff in error.

S. T. SLAWITSKY, for defendants in error.

MR. PRESIDING JUSTICE O'CONNOR delivered the opinion of the court.

## Abstract of the Decision.

1. APPEAL AND ERROR, § 1414*—*when finding of trial court will not be disturbed.* The findings of the trial court upon conflicting evidence will not be disturbed on appeal especially where the trial court has had opportunity to see and hear the witnesses.

2. BAILMENT—*what compensation bailee is entitled to for storage of property.* A garage proprietor with whom an automobile had originally been left for repairs and afterwards for storage, *held* entitled to a reasonable charge for storage of the car up to the time that the owner demanded possession of it.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.